UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TODD M. HONEYCUTT,<br><br>                                        Plaintiff,<br>v.<br>TERESA LOWRY, et al.,<br>                                      Defendants. | Case No. 3:14-cv-00046-RCJ-VPC<br><br>ORDER |

This 42 U.S.C. § 1983 matter comes before the court on plaintiff's voluntary motion to dismiss (ECF No. 14).

On July 31, 2014, this court dismissed plaintiff's claims for injunctive relief and stayed his damages claims pending the resolution of plaintiff's federal habeas proceedings (ECF No. 12). Plaintiff now moves to voluntarily dismiss this civil rights complaint on the basis that he has entered into an agreement with the State (ECF No. 14). Good cause appearing, plaintiff's motion is granted.

Also before the court is plaintiff's motion for reversal of filing fee (ECF No. 16). The court granted plaintiff's application to proceed *in forma pauperis* on April 28, 2014 (ECF No. 4); he subsequently submitted his initial partial filing fee (*see* ECF No. 6). The court then screened plaintiff's complaint and issued an order to show cause why his claims for injunctive relief should not be dismissed without prejudice and the monetary damages claims stayed (ECF No. 6). Plaintiff responded to the show-cause order, and the court ultimately stayed the damages claims.

In short, plaintiff filed this action, paid his initial installment of the filing fee and litigated the issue of whether the action should be stayed.  No basis exists to refund the partial filing fee paid.  Plaintiff's motion for reversal of the filing fee (ECF No. 16) is denied.

**IT IS THEREFORE ORDERED** that the plaintiff's motion to voluntarily dismiss this action (ECF No. 14) is **GRANTED**.  This action is **DISMISSED**.

**IT IS FURTHER ORDERED** that plaintiff's motion for reversal of the filing fee (ECF No. 16) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly.

DATED: This 9th day of November, 2015.

ROBERT C. JONES
UNITED STATES DISTRICT JUDGE